2 Country Club Lane
Scarborough, NY 10510


March 17, 2022


Hon. Cathy Seibel
300 Quarropas St.
White Plains, NY 10601-4150

 Re: Wong v. Blind Brook-Rye Union Free School District, et al.
 Civ. Action No. 7:20-cv-02718-CS


Dear Judge Seibel:

Please excuse my confusion and my lack of knowledge in understanding the directive. I do not
have the legal background, experiences or education to fully differentiate the titles of the
different documents and the protocols for how they should be labeled. Thus, I was under the
impression that Statement of Facts was supporting a submission on a late opposition. I
incorrectly believed showing the merit or factual information was what was asked as it illustrated
validity..

As I am navigating this through self-representation, there is a learning curve. What might seem
simple to legal counsel is not the case for me. Please allow late opposition as my lawyer
misrepresented what he had completed. I was told the documents were filed as I had provided
information. In the interests of equity, justice and fair representation, I should be  allowed to
continue.

I am respectfully requesting a late submission. Thank you for your consideration.



Best,
Tracey Wong