**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRACEY WONG,

                    Plaintiff,

    -against-                                   20 **CIVIL** 2718 (CS)

                                                   **JUDGMENT**

BLIND BROOK-RYE UNION FREE SCHOOL
DISTRICT, JONATHAN ROSS, individually,
and PATRICIA LAMBERT, individually,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 12, 2022, Defendants' motion for summary judgment is GRANTED and, for the same reasons, Plaintiff's motion for summary judgment is DENIED. The federal claims are dismissed with prejudice and the breach of contract claim is dismissed without prejudice. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

          December 12, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                         **BY:**     *K. Mango*

                                                        **Deputy Clerk**