UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRACEY WONG,

                              Plaintiff,

    - against -

BLIND BROOK-RYE UNION FREE SCHOOL
DISTRICT, JONATHAN ROSS, individually, and
PATRICIA LAMBERT, individually,

                              Defendants.
-------------------------------------------------------------x

**ORDER**

No. 20-CV-2718 (CS)

<u>Seibel, J.</u>

      Due to an administrative error, it appears Plaintiff Tracey Wong was not notified of the Court's December 12, 2022 decision granting Defendants' motion for summary judgment and thereby closing the case. The Clerk is directed to mail Plaintiff a copy of Docket Numbers 74, 75, and 77 at the address identified in Docket Number 71.

**SO ORDERED.**

Dated: January 20, 2023
       White Plains, New York

                                                               CATHY SEIBEL, U.S.D.J.